UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
LONDON

| | | |
|---|---|---|
| TIMMIE D. COLE, SR., | ) | |
| | ) | |
| Petitioner, | ) | Civil No. 6:17-cv-00150-GFVT |
| | ) | |
| v. | ) | |
| | ) | |
| J. RAY ORMOND, Warden, | ) | **ORDER** |
| | ) | |
| Respondent. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Petitioner Timmie D. Cole, Sr. has filed a Notice of Appeal [R. 6], but he has neither paid the $505.00 appellate filing fee nor filed a motion to proceed in forma pauperis on appeal. Accordingly, **IT IS ORDERED** that:

1. The Clerk of the Court shall send Cole a Sixth Circuit Form 4 and a Certificate of Inmate Account (E.D. Ky. 523 Form).

2. Within 28 days from the entry of this Order, Cole must either pay the $505.00 appellate filing fee to the Clerk of the Court or (1) complete the Sixth Circuit Form 4; (2) have prison staff complete and sign the Certificate of Inmate Account; and (3) file both documents with the Court. If Cole fails to take these steps within the time allotted, the Sixth Circuit will dismiss his appeal.

3. The Clerk of the Court shall forward a copy of this Order to the Clerk of the United States Court of Appeals for the Sixth Circuit.

This 14th day of November, 2017.

Gregory F. Van Tatenhove
United States District Judge