# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: December 14, 2017

Mr. Timmie D. Cole Sr.
U.S.P. McCreary
P.O. Box 3000
Pine Knot, KY 42635

Re: Case No. 17-6333, *Timmie Cole, Sr. v. J. Ormond*
Originating Case No. : 6:17-cv-00150

Dear Mr. Cole:

 The briefing schedule is listed below. You may file a brief that presents your issues to the court in your own words, or you may use the simplified briefing form that is enclosed. It is very important to file your brief and serve opposing counsel by the deadline listed below. If your brief is filed late, the case may be dismissed for want of prosecution.

 If you are an inmate in an institution, your brief is considered timely if it is deposited in your institution's mail on or before the last day for filing. The brief should include a declaration, under penalty of perjury, or a notarized statement that the brief has been deposited and that first-class postage has been prepaid. *See* Fed. R. App. P. 25(a)(2)(C).

| | |
|---|---|
| Appellant's Brief | 1 signed original |
| | Limit of 30 pages or 13,000 words |
| | Filed by **January 26, 2018** |

 **Do not staple, paper clip, tab or bind pro se motions or briefs sent to the Clerk's office -- these documents are scanned and staples etc. create paper jams**.

 If you still have questions after reviewing the information on the web site, please contact the Clerk's office <u>before</u> you file your brief.

 Sincerely yours,

 s/Robin L. Johnson
 Case Manager
 Direct Dial No. 513-564-7039

Enclosure